Charles F. Ogren, defendant in error, v. Jacob Levy, plaintiff in error. Gen. No. 27,045.

Petition for the discharge of a judgment against petitioner as defendant in an action of forcible detainer. Petition denied. Error to the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed April 3, 1922. *Certiorari* denied by Supreme Court (making opinion final).

James M. Gwin, for plaintiff in error. Anderson & Anderson, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Charles F. Ogren, appellee, v. Jacob Levy, appellant. Gen. No. 27,338.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 3, 1922. Rehearing denied April 17, 1922.

James M. Gwin, for appellant. Anderson & Anderson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

## FOURTH DISTRICT.

---

Mary E. Boyer, appellant, v. Alice Shank et al., appellees.

Suit for partition of lands and to recover for care of the mother of complainant and defendants. Decree for partition but relief as to support of mother denied. Appeal by complainant from the latter part of the decree. Appeal from the Circuit Court of Lawrence county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

T. H. Cunningham, for appellant. Gee & Gee, for appellees.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Herbert J. Bradley, administrator of the estate of Emma Ruth Bradley, deceased, appellee, v. Walker D. Hines, director general of railroads, appellant.

Action for negligent death in a collision between defendant's engine and the automobile in which deceased was riding. Judgment for plaintiff. Appeal from the Circuit of Perry county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed March 24, 1922.

B. W. Pope, for appellant; C. E. Feirich, of counsel. Bartley & Douglass and Nelson B. Layman, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Francis W. Kirsch, appellee, v. Francis Kirsch, Sr., appellant.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1921.